# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-703-039**

Effective date of registration:

August 16, 2010

---

## Title
**Title of Work:** The Expendables

## Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** August 13, 2010
**Nation of 1st Publication:** United States

## Author
- **Author:** Alta Vista Productions, Inc.
  **Author Created:** Script/screenplay, Motion picture/audiovisual
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Alta Vista Productions, Inc.
318 N. Carson St., #208, Carson City, NV 89701

## Rights and Permissions
**Organization Name:** Nu Image, Inc.
**Name:** Rick Eyler
**Email:** rick@nuimage.net
**Telephone:** 310-388-6948
**Address:** 6432 Wilshire Blvd
Los Angeles, CA 90048 United States

## Certification
**Name:** Rick Eyler
**Date:** August 13, 2010

Page 1 of 1