UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Nu Image, Inc.
                              Plaintiff,

v.                                        Case No.: 1:17−cv−02918

                                                Honorable Charles R. Norgle Sr.

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 25, 2017:

      MINUTE entry before the Honorable Charles R. Norgle: Motion for preliminary injunction [15] is granted. The parties are not required to appear before the court on Friday, May 26, 2017. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.